LANDERS, FRARY & CLARK, Plaintiff-Appellant, v. GRAND SILVER CO., Inc., Defendant-Appellee.

No. 89.

Circuit Court of Appeals, Second Circuit.

Oct. 30, 1939.

T. Clay Lindsey and George N. Robillard, both of Hartford, Conn., for appellant.

Abraham Moscowitz, of New York City, for appellee.

Before SWAN, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Decree affirmed.

Mary Reynard LANE and John Lane, as Executors of the Estate of George E. Lane, Deceased, Plaintiffs-Appellants, v. The C. G. BLAKE COMPANY, Inc., Defendant-Appellee.

No. 169.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1939.

John Lane, of New York City, for appellants.

Allan R. Campbell, of White Plains, N. Y., for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed.

Hubert F. LAUGHARN, as Trustee of the Estate of Jack Dave Sterling, Bankrupt, Appellant, v. Nat ROGAN, Collector of Internal Revenue of the United States of America, Appellee.

No. 9146.

Circuit Court of Appeals, Ninth Circuit.

Dec. 1, 1939.

Raphael Dechter, of Los Angeles, Cal., for appellant.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Otto McGINLEY, Appellant, v. UNITED STATES of America.

No. 11476.

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1939.

I. C. Bachelor, of McCook, Neb., for appellant.

Joseph T. Votava, U. S. Atty., and Ambrose C. Epperson, both of Omaha, Neb., Fred G. Hawxby, of Lincoln, Neb., and Emmet L. Murphy, Asst. U. S. Atty., of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed under Rule 37 of this Court. Defendant ordered to surrender to custody, etc.